Thomas Leonard, by the Commiffioners of forfeited Ef-
tates for the County of Monmouth, and bought by Da-
vid Forman, Efq. who afterwards fold him to Kenneth
Hankinfon, Efq. and he to the faid Lewis M'Knight the
Defendant; that no Bond was given by the faid Grace
Tite, purfuant to the Act of Affembly, paffed in the
twelfth and thirteenth Years of the late Queen Ann:
And that the faid Negro Cæfar Tite is now above
Twenty-one Years old, *to wit*, of the Age of about
Twenty-four or Twenty-five.

The Court having heard the Arguments of Counfel
on both fides, and fully confidered thereof, *are unanimouf-
ly of Opinion*, That the faid Manumiffion is good in Law
againft all Perfons claiming under the faid Grace Tite,
notwithftanding Bond was not given as aforefaid; *and
do order*, on Motion of Mr. Bloomfield for the Attorney-
General, that the Negro Cæfar Tite be difcharged and
fet at Liberty from the faid Lewis M'Knight.

---

## *September* Term, 1783.

(p. 252. 270.)

### Mercy Hill *againft* William Leddell.

#### On Habeas Corpus *for Manumiffion*.

IT being alledged by the Counfel for the faid Mercy
Hill the Plaintiff, that fhe is the Daughter of a cer-
tain Jupiter Lee, a Negro Slave, heretofore belonging to
Samuel Lee of the Town of Swanfey in the Colony of
Maffachufetts Bay, now Commonwealth of Maffachu-
fetts, and Deliverence Hill, a free-born native Indian
Woman; that in her Infancy fhe was put apprentice to
James Power of that Place, with whom, or his Affigns
fhe ferved many Years, and then laboured for her Liveli-
hood in different Places as other free Perfons ufually do;
that long afterwards fhe was by fome Means fold as a
Slave, and by fundry Transfers and Sales came at length
into the Poffeffion of the Defendant William Leddell.

The Court having heard the Teſtimony, with ſundry Affidavits offered and read, to prove the Truth of the foregoing Allegations, and having alſo heard the Arguments of Counſel on both Sides, and maturely conſidered thereof, *are unanimouſly of Opinion*, That the ſaid Mercy Hill is entitled to her Freedom, and ought not to be held in Slavery ; and do accordingly adjudge and order that the ſaid Mercy Hill be diſcharged and ſet at Liberty from the ſaid William Leddell, on Motion of Mr. Morris in behalf of Mercy Hill.

## IN THE SAME TERM OF

## *September*, 1783.

(p. 286. 295.)

### The STATE *againſt* TIERCK TENBROECK.

*On* Habeas Corpus *of Negro* Philip *for Manumiſſion.*

THE Court having fully conſidered the Evidence, and the Arguments of Counſel in this Cauſe, *are unanimouſly of Opinion*, and do adjudge, that the ſaid Negro *Philip* be diſcharged and ſet at Liberty from the ſaid Tierck Tenbroeck, and alſo from John Vanhorne of Rocky-Hill, in the County of Somerſet, who hath appeared and claimed the ſaid Negro Philip, On Motion of Mr. Paterſon for the State.

## *May* Term, 1784.

(p. 33.)

### The STATE againſt ADRIAN POST.

*On* Habeas Corpus *of Negro* Charles *and* Wife.

*In November Term*, 1781. (p. 467.)

ON the hearing of this Caſe, the Court adjudged in favor of the diſcharge of the Negroes, and ordered the Defendant to deliver them to the Sheriff of Bergen,